# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. SAENZ,<br><br>     Petitioner,<br><br>  v.<br><br>R. MADDEN, Warden,<br><br>     Respondent. | CASE NO. 2:19-CV-00710-ODW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: March 27, 2019

                OTIS D. WRIGHT, II
                U.S. DISTRICT JUDGE